

Ian N. Piasecki – Associate
225 Broadway, 39th Floor
New York, NY 10007
P: (212) 595-6200
F: (212) 595-9700
ipiasecki@mizrahikroub.com

September 15, 2023

**VIA ECF**

The Honorable Judge Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Hernandez v. Luzern Laboratories Inc.*; Case No. 1:23-cv-06793-LGS

Dear Judge Schofield,

    We represent plaintiff Mairoby Hernandez ("Plaintiff") in the above-referenced action and submit this letter to respectfully request an adjournment of the initial conference scheduled for September 27, 2023 at 4:20 P.M. Plaintiff requests this adjournment since Defendant has yet to appear or contact Plaintiff. Defendant has been served on September 12, 2023 and affidavit of service was filed on September 15, 2023. We respectfully request an adjournment of 30 days to allow time for Defendant to appear. This is Plaintiff's first request for such extension.

    We thank the Court for its consideration of this request.

                            Respectfully submitted,

                            */s/ Ian N. Piasecki*
                            IAN N. PIASECKI

cc:    All Counsel of Record (via ECF)

Application GRANTED in part.  The September 27, 2023, initial pretrial conference is adjourned to **October 4, 2023, at 4:20 P.M.**  The parties shall submit their joint materials no later than September 27, 2023.

Dated: September 18, 2023
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**