UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
MAIROBY HERNANDEZ,                                            :
                         Plaintiff,            :
                                                              :     23 Civ. 6793 (LGS)
         -against-                                          :
                                                              :     ORDER
LUZERN LABORATORIES INC.,                                     :
                         Defendant.            :
                                                              :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the initial pretrial conference in this matter is scheduled for October 4, 2023;

      WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan. It is hereby

      **ORDERED** that the October 4, 2023, initial pretrial conference is **cancelled**. If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. It is further

      **ORDERED** that if Defendant(s) seek to file a motion to dismiss, they shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2. It is further

      **ORDERED**, regarding settlement discussions, the parties' request for a referral to mediation is **GRANTED**. The referral will issue in a separate order. Defendant may raise the discovery proposals it raised in the parties' joint letter after participating in mediation, by filing a letter, not to exceed two pages.

      The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: September 28, 2023
      New York, New York

                                                                 LORNA G. SCHOFIELD
                                                           UNITED STATES DISTRICT JUDGE