UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
MAIROBY HERNANDEZ, Individually, and : Index No.: 1:23-cv-06793
On Behalf of All Others Similarly Situated, :
  :
   Plaintiff, :
  :
 vs. :
  :
  : **NOTICE OF VOLUNTARY DISMISSAL**
  :
LUZERN LABORATORIES INC., :
  :
   Defendant. :
---------------------------------------------------------------x

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Mairoby Hernandez hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice against defendant Luzern Laboratories Inc..

DATED: February 29, 2024   **MIZRAHI KROUB LLP**

                           /s/ *Ian N. Piasecki*
                           IAN N. PIASECKI

                           Ian N. Piasecki, Esq.
                           225 Broadway, 39th Floor
                           New York, NY 10007
                           Telephone: 212-595-6200
                           Fax: 212-595-9700
                           Email: ipiasecki@mizrahikroub.com


                           *Attorneys for Plaintiff*